**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:26-cv-61144-LEIBOWITZ**

**DIEGO ALEXANDER JACINTO MATEO**,

    *Petitioner,*

*v.*

**TODD BLANCHE,** *et al.***,**

    *Respondents.*

_____/

**ORDER**

    **THIS CAUSE** comes before the Court on the Government's Response to Order to Show Cause [ECF No. 7]. The Government "acknowledges that this Court's recent decision in *Ocampo Fernandez v. Ripa*, No. 25-24981-CIV-LEIBOWITZ, ECF No. 17 (S.D. Fla. Nov. 25, 2025) would control the result here if the Court adheres to that decision, as the legal arguments are not materially distinguishable for purposes of the Court's decision on the issue of which statutory provision authorizes Petitioner's detention." [*Id.* at 6–7].

    Accordingly, upon due consideration of the facts and arguments set forth in this case and for the reasons set forth in materially similar cases it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Petition [**ECF No. 1**] is **GRANTED IN PART**.

2. Respondents shall provide Petitioner an individualized bond hearing, consistent with 8 U.S.C. § 1226(a) <u>within fourteen (14) days of the entry of this Order,</u> or otherwise release Petitioner. Petitioner must be afforded a meaningful opportunity to prepare for and attend the bond hearing. <u>No less than 72 hours prior to the time the bond hearing is set to commence,</u> Respondents shall notify Petitioner that a bond hearing has been scheduled,

which notice shall include the time, date, and location of the bond hearing and shall apprise Petitioner of any procedural requirements that must be satisfied in order to appear at the bond hearing.

3. Respondents shall file a notice with the Court **on or before May 20, 2026**, confirming and detailing their compliance with this Order.

4. The *Clerk* is **DIRECTED** to **CLOSE** this case.  All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on May 5, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc:       counsel of record

2